UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| PAUL S. CZYSZ, on behalf of himself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C. A. No. 05-509-JJF |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE FILING DATE FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**

IT IS STIPULATED BY AND BETWEEN THE PARTIES, THROUGH THEIR COUNSEL AS FOLLOWS:

Plaintiff Paul S. Czysz and Defendant Intel Corporation hereby stipulate that Intel Corporation's response to Plaintiff's complaint shall be due either: (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any such motion has been denied. The parties request this transfer because the plaintiffs in *Brauch, et al. v. Intel Corp.*, No. C 05-2743 (BZ) (N.D. Cal., filed July 5, 2005), a related matter, have filed a petition to coordinate or consolidate pre-trial proceedings under 28 U.S.C. § 1407, and the above-styled action has been identified as a related case in that petition. As a result, the outcome of the pending petition will impact significantly the schedule of this case.

| CHIMICLES & TIKELLIS LLP | POTTER ANDERSON & CORROON LLP |
|---|---|
| By: /s/ A. Zachary Naylor<br>Pamela S. Tikellis (#2172)<br>Robert J. Kriner, Jr. (#2546)<br>A. Zachary Naylor (#4439)<br>One Rodney Square<br>P.O. Box 1035<br>Wilmington, DE 19999<br>Telephone: (302) 656-2500<br>Facsimile: (302) 656-9053<br>pamelatikellis@chimicles.com<br>robertkriner@chinicles.com<br>zacharynaylor@chimicles.com<br><br>Attorneys for Plaintiff<br>PAUL S. CZYSZ<br><br>Dated: July 28, 2005 | By: /s/ Richard L. Horwitz<br>Richard Horwitz (#2246)<br>W. Harding Drane, Jr. (#1023)<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>P.O. Box 951<br>Wilmington, DE 19801<br>Phone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>rhorwitz@potteranderson.com<br>wdrane@potteranderson.com<br><br>OF COUNSEL:<br><br>David M. Balabanian<br>Christopher B. Hockett<br>Joy K. Fuyuno<br>BINGHAM McCUTCHEN LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br><br>Richard A. Ripley<br>BINGHAM McCUTCHEN LLP<br>1120 20th Street, N.W., Suite 800<br>Washington, D.C. 20036<br>Telephone: (202) 778-6101<br>Facsimile: (202) 393-6929<br><br>Attorneys for Defendant<br>INTEL CORPORATION |

692525

## ORDER TO CONTINUE DEFENDANT'S RESPONSE DATE

IT IS HEREBY ORDERED that Defendant Intel Corporation's response to Plaintiff's complaint shall be due either (1) the earlier of 60 days after transfer of the above-captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. § 1407 or such time for response that the transferee Court may require for any action made part of the same MDL or; (2) 45 days after any such motion has been denied.

Dated: _____, 2005

                                                   Joseph J. Farnan, Jr., U.S.D.J.